## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CONNIE A. BAILEY,

  PLAINTIFF,                                    CASE NO.: 6:21-CV-23-RBD-DCI

V.

MRS BPO, LLC

  DEFENDANT.
_____/

### NOTICE OF MEDIATOR SELECTION

Pursuant to this Court's Scheduling Order [Doc. #25], the parties jointly submit this Notice of Mediator Selection.

The parties have conferred and agreed that James Betts Esq. will preside over mediation in this matter. Mr. Betts' address is 710 S. Boulevard, Tampa, Florida 33606. Mr. Betts' telephone number is 813-254-3302. The parties have agreed to mediate on September 1, 2021.

DATED: May 24th, 2021 					Respectfully submitted,

/s/ Aylix K. Jensen

/s/ Alexander J. Taylor					Aylix K. Jensen (MN Bar #0398588)
Alexander J. Taylor						Admitted Pro Hac Vice MOSS &
Florida Bar No. 1013947					BARNETT, PA 150 South Fifth Street,
Sulaiman Law Group, Ltd.					Suite 1200 Minneapolis, MN 55402
2500 South Highland Avenue				Telephone: (612) 877-5434
Suite 200								Fax: (612) 877-5048 E-mail:
Lombard, IL  60148						Aylix.Jensen@lawmoss.com
Tel:  630-575-8181						Attorney for Defendant MRS BPO, LLC
Facsimile:
Email:  atyalor@sulaimanlaw.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, Alexander J. Taylor, certify that on May 24th, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Alexander J. Taylor*