## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### Civil Action No. 6:21-cv-00023-RBD-DCI

CONNIE A. BAILEY,

     Plaintiff,

v.

MRS BPO, LLC,

     Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CONNIE A. BAILEY, and the Defendant, MRS BPO, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees associated with this action.

Dated: February 4, 2022        Respectfully Submitted,

CONNIE A. BAILEY          MRS BPO, LLC

*/s/ Alejandro E. Figueroa*        */s/ Aylix K. Jensen*
Alejandro E. Figueroa, Esq.        Aylix K. Jensen (#0398588)
Florida Bar No. 1021163          Pro hac vice
Sulaiman Law Group, Ltd.         MOSS & BARNETT, P.A.
2500 S. Highland Ave, Suite 200    150 South Fifth Street, Suite 1200
Lombard, IL 60148           Minneapolis, MN 55402
Telephone: (630) 575-8181        Telephone: (612) 877-5434
Facsimile: (630) 575-8188

alejandrof@sulaimanlaw.com
*Counsel for Plaintiff*

Facsimile: (612) 877-5048
Aylix.Jensen@lawmoss.com

Richard B. Weinman, Esq.
Florida Bar No.: 0231370
rweinman@whww.com
Winderweedle, Haines, Ward
& Woodman, P.A.
329 Park Avenue North, 2nd Floor
Winter Park, Florida 32789
Tel: (407) 423-4246
Fax: (407) 645.3728
*Attorneys for Defendant MRS BPO, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.


*/s/ Alejandro E. Figueroa*